IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH A. & KIMBERLY S. HARGROVE, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 21-542-CG-N ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

## ORDER

The parties having filed a Rule 41 Joint Stipulation of Dismissal (Doc. 14), this action is hereby **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his, hers, or its own costs, expenses, attorneys' fees, and expert fees.

**DONE** and **ORDERED** this 15th day of March 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE